COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

ROGELIO MARQUEZ,                          §

                        Appellant,         §            No. 08-12-00116-CV

                                          §            Appeal from the
v.                                        §
                                          §            65th Judicial District Court
MARIA ESTHER MARQUEZ,                     §
                                          §            of El Paso County, Texas
                        Appellee.         §
                                          §            (TC# 2004CM737)

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether the appeal should be dismissed for want of prosecution.   Finding that Appellant has not filed a brief or a motion for extension of time to file his brief, we dismiss the appeal.

This Court possesses the authority to dismiss an appeal for want of prosecution when the Appellant has failed to file his brief in the time prescribed, and gives no reasonable explanation for such failure.   TEX. R. APP. P. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App. – San Antonio 1998, no writ).

On June 14, 2012, the Clerk of the Court notified Appellant that his brief was past due and no motion for extension of time to file a brief had been received.   The Clerk also informed the parties of the Court's intent to dismiss the appeal for want of prosecution unless, within ten days of

the notice, a party responded showing grounds to continue the appeal. No response has been received as of this date. We dismiss the appeal for want of prosecution. TEX. R. APP. P. 38.8(a)(1), 42.3(b).

July 31, 2012                                     GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, J., and Antcliff, J.